Approved, SCAO

| U.S. District Court, Eastern District of Michigan<br>**STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT** | **ORDER FOR**<br>**ADMINISTRATIVE CLOSING**<br>**DUE TO BANKRUPTCY STAY** | **CASE NO.**<br>18-cv-11988-AC-SDD |
|---|---|---|

Court address
231 W. Lafayette Boulevard, Detroit, MI 48226

Court telephone no.
(313) 234-5000

**NOTE: Do not use this form in domestic relations cases.**

| Plaintiff name(s) and address(es) | | Defendant name(s) and address(es) |
|---|---|---|
| Sumika Polymers North America, LLC<br>c/o Fraser Trebilcock Davis & Dunlap, P.C.<br>One Woodward Avenue, Suite 1550<br>Detroit, MI 48226 | v | Petra H. Clark and<br>Steven L. Clark<br>7636 Oliver Street<br>Whitmore Lake, MI 48189 |
| Plaintiff(s) attorney, bar no., address, and telephone no.<br>Jonathan T. Walton, Jr. (P32969)<br>One Woodward Avenue, Suite 1550<br>Detroit, MI 48226 (313) 237-7300 | | Defendant(s) attorney, bar no., address, and telephone no.<br>James L. Sriro (P52100)<br>James L. Kresta (P81224)<br>27777 Franklin Rd., Ste. 2500, Southfield, MI 48034<br>(248) 351-3000 |

This case has been stayed in bankruptcy.

| Bankruptcy petition no.<br>18-50082-mlo | United States District Court<br>Eastern District of Michigan (Detroit) |
|---|---|

**IT IS ORDERED:**

1. This case is closed for administrative purposes without prejudice.

2. This closing does not constitute a dismissal or a decision on the merits.

3. When the bankruptcy stay has been removed this case may be reopened on motion of any party.

7-25-18
Date

Judge

Bar no.

MC 300 (3/11) **ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY**