UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUMIKA POLYMERS
NORTH AMERICA, LLC,

    Plaintiff,

Case No. 18-cv-11988-AC-SDD

v

Hon. Avern Cohn
Magistrate Judge: Hon. Stephanie Dawkins Davis

GLOBAL TEAM, USA, LLC;
PETRA H. CLARK; STEVEN L.
CLARK; MICHAEL S. DUBIN
AND TERRENCE HARRIS,

    Defendants.
_____/

## STIPULATION AND ORDER TO REOPEN ACTION AND FOR DISMISSAL

The parties have stipulated to entry of this order. The Court is otherwise fully advised, and orders as follows:

1. This action is reopened solely for the purpose of entering a dismissal of Plaintiff's claims;

2. Plaintiff's claims are dismissed without prejudice and without costs as to all parties. This order has no impact on the Automatic Stay in effect pursuant to 11 USC § 362 as to Defendants Petra H. Clark and Steven L. Clark.

3. This Order resolves all pending claims and closes the case.

s/Avern Cohn
U.S. DISTRICT COURT JUDGE

Dated: 7/2/2019

## **STIPULATION**

We hereby stipulate to entry of the foregoing order:

| FRASER TREBILCOCK DAVIS & DUNLAP, P.C. | JAFFE RAITT HEUER & WEISS P.C. |
|---|---|
| By: */s/Jonathan T. Walton, Jr.* <br> Jonathan T. Walton, Jr. (P32969) <br> One Woodward Ave., Suite 1550 <br> Detroit, MI 48226 <br> jwalton@fraserlawfirm.com <br> (313) 237-7300 <br> *Attorneys for Plaintiff* | By: */s/James L. Kresta (w/consent)* <br> James L. Kresta (P81224) <br> 27777 Franklin Road, Suite 2500 <br> Southfield, MI 48034-8214 <br> jkresta@jaffelaw.com <br> (248) 351-3000 <br> *Attorneys for Defendants Global Team, USA, LLC, Petra Clark and Steven Clark* |
| MICHAEL J ROCK, PLLC | LAW OFFICES OF THOMAS M. LOEB |
| By: */s/Michael J. Rock (w/consent)* <br> Michael J. Rock <br> 500 Griswold, Suite 2340 <br> Detroit, MI 48226 <br> michael.rock@mrocklaw.com <br> (248)587-7513 <br> *Attorney for Defendant Michael S. Dubin* | By: *Thomas M. Loeb (w/consent)* <br> Thomas M. Loeb (P25913) <br> 32000 Northwestern Hwy., Ste. 170 <br> Farmington Hills, MI 48334-1507 <br> tmloeb@mich.com <br> (248) 851-2020 <br> *Attorneys for Defendant Terrence Harris* |